# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:08-cv-00262-FDW

| | | |
|---|---|---|
| **CASSANDRA TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **NATIONAL RAILROAD PASSENGER** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER comes before the Court upon a Report of Mediation, filed November 11, 2008, indicating that all claims in this case have been resolved in full (Doc. No. 7). Therefore, IT IS ORDERED that this matter is DISMISSED subject to the right of either party to file a motion to reopen the case should settlement not be consummated within thirty (30) days hereof. The parties are directed to file their Stipulation of Dismissal on or before **February 4, 2009**.

IT IS SO ORDERED.                              Signed: January 5, 2009

_Frank D. Whitney_
Frank D. Whitney
United States District Judge