IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-262-FDW

| | |
|---|---|
| CASSANDRA TURNER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER comes now before the Court *sua sponte* to address the parties' failure to file their stipulation of dismissal. On November 7, 2008, the Court received a Report of Mediation indicating that the parties had reached a settlement. On January 5, 2009, the Court ordered that the case be dismissed subject to either party's right to reopen with thirty days and that a stipulation of dismissal be filed by February 4, 2009. On February 4, 2009, the Court granted Plaintiff's Motion to Extend that deadline until February 14, 2009. The parties have neither filed their stipulation of dismissal nor requested an additional extension. Accordingly, this case is hereby DISMISSED subject to the right of either party to file a motion to reopen the case with ten (10) days hereof.

IT IS SO ORDERED.        Signed: March 31, 2009

Frank D. Whitney
United States District Judge